G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com

Attorneys for Plaintiff,
PIERRE MUZAC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIERRE MUZAC,<br><br>       Plaintiff,<br><br>    vs.<br><br>WELTMAN, WEINBERG AND REIS, CO., LPA; and DOES 1 TO 10, inclusive,<br><br>       Defendants. | **Case No. CV13-06346 – BRO**<br><br>**Honorable Beverly Reid O'Connell**<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS** |

    Plaintiff, PIERRE MUZAC, by counsel, and Defendants, WELTMAN, WEINBERG AND REIS, CO., LPA, by counsel, hereby stipulate and agree that Plaintiff's cause against WELTMAN, WEINBERG AND REIS, CO., LPA; and DOES 1 TO 10, inclusive, should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

///

///

Respectfully submitted this 28th day of March, 2014,

        By: /s/ G. Thomas Martin, III
        G. Thomas Martin, III (SBN 218456)
        PRICE LAW GROUP, APC
        15760 Ventura Blvd., Suite 1100
        Encino, CA 91436
        Direct Dial: (818) 907-2030
        Fax: (818) 205-3730
        tom@plglawfirm.com


        By:/s/B. Ben Mohandesi
        B. Ben Mohandesi (SBN 214921)
        YU MOHANDESI, LLP
        1055 W. 7th Street, Suite 2150
        Los Angeles, CA 90017
        Telephone: (213) 377-5505
        Facsimile: (213) 377-5501
        bmohandesi@yumollp.com
        Attorneys for Defendant
        WELTMAN, WEINBERG AND REIS, CO. LPA