# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

PIERRE MUZAC,

    Plaintiff,

vs.

WELTMAN, WEINBERG AND REIS, CO., LPA; and DOES 1 TO 10, inclusive,

    Defendants.

Case No. CV13-06346 – BRO

Honorable Beverly Reid O'Connell

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS**

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff PIERRE MUZAC against Defendant WELTMAN, WEINBERG AND REIS, CO., LPA; and DOES 1 TO 10, inclusive, are dismissed, with prejudice. Plaintiff PIERRE MUZAC and Defendant WELTMAN, WEINBERG AND REIS, CO., LPA shall each bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: April 2, 2014

By: _____
HON. BEVERLY REID O'CONNELL
United States District Court Judge